# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MUICHAEL R. COLLINS, | § | Case No. 07-20525 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 4/29 /2010 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  03/25/2010                By:   /s/  Richard M. Fogel
                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: COLLINS, MICHAEL R | § | Case No. 07-20525 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    300,002.23

*and approved disbursements of*          $    136,891.13

*leaving a balance on hand of* [1]        $    163,111.10

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Illinois Department of Revenue | $  1,808.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 11,278.62 | $ 36.48 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,261.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 109.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Merrick Bank | $ 1,621.24 | $ 1,621.24 |
| 1I | Merrick Bank | $ 148.55 | $ 148.55 |
| 2U | Illinois Department of Revenue | $ 1,067.00 | $ 1,067.00 |
| 3 | Silver Cross Hospital | $ 2,000.18 | $ 2,000.18 |
| 3I | Silver Cross Hospital | $ 183.27 | $ 183.27 |
| 4 | Painters District Council No. 30 Pension Fund | $ 18,572.71 | $ 18,572.71 |
| 4I | Painters District Council No. 30 Pension Fund | $ 1,701.78 | $ 1,701.78 |
| 2SI | Illinois Department of Revenue | $ 165.66 | $ 165.66 |
| 2UI | Illinois Department of Revenue | $ 97.77 | $ 97.77 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 124,429.84.

Prepared By:  /s/RICHARD M. FOGEL
                          Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                Page 1 of 2                   Date Rcvd: Mar 26, 2010
Case: 07-20525                 Form ID: pdf006             Total Noticed: 55

The following entities were noticed by first class mail on Mar 28, 2010.
db           +Michael R Collins,    2417 Rhodes Avenue,   River Grove, IL 60171-1813
aty          +Ronald D Cummings,    Law Office of Ronald D Cummings,    121 Springfield Avenue,
               Joliet, IL 60435-6561
aty          +Steven A Wade,    Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.,    161 N. Clark Street,    2100,
               Chicago, IL 60601-3204
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
11723679     +Aarow Financial Services,    5996 W Touhy Ave,   Niles, IL 60714-4610
11723681     +Amer Col Cn,    11710 Plaza Americ Suite 2000,   Reston, VA 20190-4743
11723682     +American Collections,    919 Estes Ct,   Schaumburg, IL 60193-4436
11723683      Arrow Financial Services L.L.C.,    21031 Network Place,   Chicago, IL 60673-1210
11723684      Aspen,    Payment Processing,   Saint Louis, MO 63179
11723685     +Assoc Pathologists of Joliet,    330 Madison Street,   Suite 200 A,   Joliet, IL 60435-6575
11723686     +Cab Serv,   60 Barney Dr,   Joliet, IL 60435-6402
11723687      Cardiology Interpretation,    P.O. Box 432,   Channahon, IL 60410-0432
11723689     +Central Credit Services Inc.,    P.O. Box 189,   Saint Charles, MO 63302-0189
11723690     +Cpi- Joliet,    P O Box 841,   Joliet, IL 60434-0841
11723691     +Crd Prt Asso,    13355 Noel Road#,    Dallas, TX 75240-6602
11723693     +Dependon Collection Se,    7627 W Lake St 210,   River Forest, IL 60305-1878
11723694      Dubuque Radiological Assoc,    P.O. Box 1126,   Dubuque, IL 52004-1126
11723695     +FBCS,    841 E. Hunting Park Ave.,   Philadelphia, PA 19124-4800
11723696     +Fingerhut,    53 Mcleland Rd,   Saint Cloud, MN 56395-2076
11723697      Fox Valley Orthopaedic Assoc. S.C.,    2525 Kaneville Rd.,   Geneva, IL 60134-2578
11723699     +Household Auto,    5855 Copley Drive,   San Diego, CA 92111-7906
11723700     +Hsbc Auto,    6602 Convoy Ct,   San Diego, CA 92111-1009
13816470     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                100 West Randolph Street   Level 7-400,    Chicago, Illinois  60601)
11723702     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Dept. of Revenue,    P.O. Box 19043,
                Springfield, IL 62794-9043)
11723703     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    Kansas City, MO 64999-0030)
11723701     +Illinois Dept Employment Security,    P.O. Box 4385,   Chicago, IL 60680-4385
11723704     +Island National Group,    6851 Jericho Tpke,   Syosset, NY 11791-4494
11723705     +Joliet Radiological Serv. Corp.,    2208 Weber Rd.,   Joliet, IL 60403-0961
11723706     +Kca Financial Svcs,    628 North St,   Geneva, IL 60134-1356
11723708     +Kca Finl,    628 North Street Pob 53,   Geneva, IL 60134-0053
11723709      Linebarger, Goggan, Blair & Sampson,    P.O. Box 06152,   Chicago, IL 60606-0152
11723710     +M.R.S. Associates Inc.,    3 Executive Campus #400,   Cherry Hill, NJ 08002-4103
11723711     +Medical Recovery Specialists Inc,    2200 East Devon Suite 288,   Des Plaines, IL 60018-4501
11723713     +Medicredit Corp,    3620 I 70 Dr Se Ste C,   Columbia, MO 65201-6582
11803450     +Merrick Bank,    c o Weinstein and Riley, PS,   2001 Western Avenue, Suite 400,
               seattle, WA 98121-3132
11723714     +Merrick Bank Corporation,    Po Box 5000,   Draper, UT 84020-5000
11723715     +Midland Credit Mgmt,    8875 Aero Dr,   San Diego, CA 92123-2251
11723716     +Nationwide Credit & Co,    9919 W Roosevelt Rd,   Westchester, IL 60154-2774
11723717      Nco/ Collection Agency,    Pob 41448,   Philadelphia, PA 19101
11723718     +Osi Collection Service,    1375 E Woodfield Rd Ste,   Schaumburg, IL 60173-6068
14775345     +Painters District Council No. 30, Pension Fund,   c/o Jacobs Burns Orlove Stanton & Hernan,
               122 S. Michigan Ste.1720,   Chicago, IL 60603-6145
11723719     +Profcrdsvs,    Po Box 397,   Farmingdale, NY 11735-0397
11723720     +Provena Saint Joseph Medical,    333 North Madison Street,   Joliet, IL 60435-8233
11723722     +Robert G. Metcalf DDS,    120 Oak Brook Center,   #618,   Oak Brook, IL 60523-4740
11723723     +Rock Run Dental Care,    692 Essington Rd. #B,   Joliet, IL 60435-4910
11723724     +Silver Cross Hospital,    1200 Maple,   Joliet, IL 60432-1497
11723725      United Cr Nb,    Po Box 1229,   Sioux Falls, SD 57107
11723726     +Washington Mutual Home,    324 W Evans St,   Florence, SC 29501-3430
11723727      Wells Fargo Financial,    P.O. Box 98798,   Las Vegas, NV 89193-8798
11723728     +Wffinance,    135 S Weber Rd,   Bolingbrook, IL 60490-1565
11723733     +Worldzen Collection and Recovery,    500 Park Blvd. #350,   Itasca, IL 60143-2641

The following entities were noticed by electronic transmission on Mar 26, 2010.
11723680     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 27 2010 00:14:26     Afni, Inc.,   Po Box 3427,
               Bloomington, IL 61702-3427
11723698     +E-mail/Text: bkynotice@harvardcollect.com                          Harvard Collection,
               4839 N Elston Ave,   Chicago, IL 60630-2589
11723712     +E-mail/Text: tjordan@mcscol.com                          Medical Collections Sy,
               725 S. Wells Ave Ste 700,   Chicago, IL 60607-4578
11767750      E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2010 00:21:32
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Steven A Berman,   Anesi, Oznon, Rodin, Novak & Kohen Ltd
```

```
District/off: 0752-1            User: vbrown                Page 2 of 2                  Date Rcvd: Mar 26, 2010
Case: 07-20525                  Form ID: pdf006             Total Noticed: 55

11723688*       Cardiology Interpretation,    P.O. Box 432,    Channahon, IL 60410-0432
11723692*      +Crd Prt Asso,    13355 Noel Road#,    Dallas, TX 75240-6602
11723707*      +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11723721*      +Provena Saint Joseph Medical,    333 North Madison Street,    Joliet, IL 60435-8233
11723729*      +Wffinance,    135 S Weber Rd,    Bolingbrook, IL 60490-1565
11723730*      +Wffinance,    135 S Weber Rd,    Bolingbrook, IL 60490-1565
11723731*      +Wffinance,    135 S Weber Rd,    Bolingbrook, IL 60490-1565
11723732*      +Wffinance,    135 S Weber Rd,    Bolingbrook, IL 60490-1565
                                                                                               TOTALS: 1, * 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2010**                    **Signature:**    _Joseph Speetjens_