**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: COLLINS, MICHAEL R                    § Case No. 07-20525
                                             §
                                             §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $15,000.00 |
| Total Distribution to Claimants: $27,366.16 | Claims Discharged Without Payment: $65,348.67 |
| Total Expenses of Administration: $133,206.23 | |

  3) Total gross receipts of $ 300,017.84 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 139,445.45 (see **Exhibit 2**), yielded net receipts of $160,572.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,668.00 | $1,808.00 | $1,808.00 | $1,808.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 133,206.23 | 133,206.23 | 133,206.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 68,914.26 | 25,558.16 | 25,558.16 | 25,558.16 |
| **TOTAL DISBURSEMENTS** | $70,582.26 | $160,572.39 | $160,572.39 | $160,572.39 |

4) This case was originally filed under Chapter 7 on November 02, 2007.
. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2010          By: /s/RICHARD M. FOGEL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury litigation | 1242-000 | 300,000.00 |
| Interest Income | 1270-000 | 17.84 |
| **TOTAL GROSS RECEIPTS** | | **$300,017.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael R. Collins | Debtor's personal injury exemption per o/c 12-28-09 | 8100-002 | 15,000.00 |
| MICHAEL R. COLLINS | Surplus Funds to Debtor | 8200-000 | 124,277.80 |
| MICHAEL R. COLLINS | Accrued Interest on Surplus to Debtor | 8200-002 | 167.65 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$139,445.45** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 4210-000 | 1,668.00 | 1,808.00 | 1,808.00 | 1,808.00 |
| **TOTAL SECURED CLAIMS** | | $1,668.00 | $1,808.00 | $1,808.00 | $1,808.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 11,278.62 | 11,278.62 | 11,278.62 |
| RICHARD M. FOGEL | 2200-000 | N/A | 36.48 | 36.48 | 36.48 |
| Anesi Ozman Rodin Novak & Kohen | 3210-600 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| Anesi Ozman Rodin Novak & Kohen | 3220-610 | N/A | 21,891.13 | 21,891.13 | 21,891.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 133,206.23 | 133,206.23 | 133,206.23 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Merrick Bank | 7100-000 | 1,621.00 | 1,621.24 | 1,621.24 | 1,621.24 |
| Merrick Bank | 7990-000 | 0.00 | 148.55 | 148.55 | 148.55 |
| Illinois Department of Revenue | 7100-000 | 0.00 | 1,067.00 | 1,067.00 | 1,067.00 |
| Silver Cross Hospital | 7100-000 | 1,944.59 | 2,000.18 | 2,000.18 | 2,000.18 |
| Silver Cross Hospital | 7990-000 | 0.00 | 183.27 | 183.27 | 183.27 |
| Painters District Council No. 30 Pension Fund | 7100-000 | N/A | 18,572.71 | 18,572.71 | 18,572.71 |
| Painters District Council No. 30 Pension Fund | 7990-000 | N/A | 1,701.78 | 1,701.78 | 1,701.78 |
| Illinois Department of Revenue | 7990-000 | 0.00 | 165.66 | 165.66 | 165.66 |
| Illinois Department of Revenue | 7990-000 | 0.00 | 97.77 | 97.77 | 97.77 |
| Nationwide Credit & Co | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| Nco/ Collection Agency | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| Profcrdsvs | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| Osi Collection Service | 7100-000 | 1,944.00 | N/A | N/A | 0.00 |
| Midland Credit Mgmt | 7100-000 | 1,357.00 | N/A | N/A | 0.00 |
| Medical Recovery Specialists Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| M.R.S. Associates Inc. | 7100-000 | 668.85 | N/A | N/A | 0.00 |
| Provena Saint Joseph Medical | 7100-000 | 3,317.23 | N/A | N/A | 0.00 |
| Medicredit Corp | 7100-000 | 3,449.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Medical Collections Sy | 7100-000 | 717.00 | N/A | N/A | 0.00 |
| Rock Run Dental Care | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| Provena Saint Joseph Medical | 7100-000 | 472.77 | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | unknown | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | unknown | N/A | N/A | 0.00 |
| Worldzen Collection and Recovery | 7100-000 | 1,221.74 | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | 2,356.00 | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| United Cr Nb | 7100-000 | 562.00 | N/A | N/A | 0.00 |
| Kca Finl | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| Washington Mutual Home | 7100-000 | unknown | N/A | N/A | 0.00 |
| Robert G. Metcalf DDS | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | unknown | N/A | N/A | 0.00 |
| Linebarger, Goggan, Blair & Sampson | 7100-000 | 2,252.00 | N/A | N/A | 0.00 |
| Kca Financial Svcs | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| Assoc Pathologists of Joliet | 7100-000 | 148.08 | N/A | N/A | 0.00 |
| Aspen Payment Processing | 7100-000 | 179.00 | N/A | N/A | 0.00 |
| Cab Serv | 7100-000 | 216.00 | N/A | N/A | 0.00 |
| Arrow Financial Services L.L.C. | 7100-000 | 1,352.00 | N/A | N/A | 0.00 |
| Kca Financial Svcs | 7100-000 | 3,317.00 | N/A | N/A | 0.00 |
| Amer Col Cn | 7100-000 | 881.00 | N/A | N/A | 0.00 |
| American Collections | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| Aarow Financial Services | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| Cardiology Interpretation | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Afni, Inc. | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| Cardiology Interpretation | 7100-000 | 717.00 | N/A | N/A | 0.00 |
| Cpi- Joliet | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| Internal Revenue Service | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| Crd Prt Asso | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| Island National Group | 7100-000 | 569.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Hsbc Auto | 7100-000 | 14,083.00 | N/A | N/A | 0.00 |
| Joliet Radiological Serv. Corp. | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| Illinois Dept Employment Security | 7100-000 | 2,867.00 | N/A | N/A | 0.00 |
| Harvard Collection | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| Crd Prt Asso | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| Fox Valley Orthopaedic Assoc. S.C. | 7100-000 | 187.00 | N/A | N/A | 0.00 |
| Dependon Collection Se | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| Fingerhut | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| Dubuque Radiological Assoc | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 68,914.26 | 25,558.16 | 25,558.16 | 25,558.16 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20525  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** COLLINS, MICHAEL R  **Filed (f) or Converted (c):** 04/01/09 (c)
**§341(a) Meeting Date:** 12/10/07
**Period Ending:** 06/01/10  **Claims Bar Date:** 07/06/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Wearing apparel | 200.00 | 0.00 | | 0.00 | 0.00 |
| 2   Personal injury litigation  (u)  (See Footnote) | 0.00 | Unknown | | 300,000.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 17.84 | Unknown |
| 3   Assets   Totals (Excluding unknown values) | **$200.00** | **$0.00** | | **$300,017.84** | **$0.00** |

RE PROP# 2    Case re-opened to administer unscheduled personal injury action.  Settled per o/c 12-28-09

**Major Activities Affecting Case Closing:**

Awaiting receipt of personal injury settlement proceeds

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    June 30, 2010

Printed: 06/01/2010 04:28 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-20525  
**Case Name:** COLLINS, MICHAEL R  
**Taxpayer ID #:** **-***6234  
**Period Ending:** 06/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | {2} | CINCINNATI INSURANCE COMPANY | Settlement of action, per o/c 12-28-09 | 1242-000 | 150,000.00 | | 150,000.00 |
| 02/12/10 | {2} | WEST BEND INSURANCE | Settlement of action, per o/c 12-28-09 | 1242-000 | 150,000.00 | | 300,000.00 |
| 02/17/10 | | To Account #********4266 | Account Transfer | 9999-000 | | 136,891.13 | 163,108.87 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.23 | | 163,111.10 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.32 | | 163,118.42 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.10 | | 163,119.52 |
| 04/06/10 | | Wire out to BNYM account 9200******4265 | Wire out to BNYM account 9200******4265 | 9999-000 | -163,119.52 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 136,891.13 | 136,891.13 | $0.00 |
| | | | Less: Bank Transfers | | -163,119.52 | 136,891.13 | |
| | | | **Subtotal** | | 300,010.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$300,010.65** | **$0.00** | |

{} Asset reference(s)

Printed: 06/01/2010 04:28 PM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20525  
**Case Name:** COLLINS, MICHAEL R  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 06/01/10  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/10 | | From Account #********4265 | Account Transfer | 9999-000 | 136,891.13 | | 136,891.13 |
| 02/18/10 | 101 | Anesi Ozman Rodin Novak & Kohen | Attorneys fees and expenses per o/c 12-28-09 | | | 121,891.13 | 15,000.00 |
| | | | 100,000.00 | 3210-600 | | | 15,000.00 |
| | | | 21,891.13 | 3220-610 | | | 15,000.00 |
| 02/18/10 | 102 | Michael R. Collins | Debtor's personal injury exemption per o/c 12-28-09 | 8100-002 | | 15,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **136,891.13** | **136,891.13** | **$0.00** |
| | | | Less: Bank Transfers | | 136,891.13 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **136,891.13** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$121,891.13** | |

{} Asset reference(s)

Printed: 06/01/2010 04:28 PM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 07-20525 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | COLLINS, MICHAEL R | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****42-67 - Money Market Account |
| **Taxpayer ID #:** | **-***6234 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/01/2010 04:28 PM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-20525  
**Case Name:** COLLINS, MICHAEL R

**Taxpayer ID #:** **-***6234  
**Period Ending:** 06/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | 9999-000 | 163,119.52 | | 163,119.52 |
| 04/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 7.19 | | 163,126.71 |
| 04/29/10 | | To Account #9200******4266 | Close account and transfer for final distributions | 9999-000 | | 163,126.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 163,126.71 | 163,126.71 | $0.00 |
| | | | Less: Bank Transfers | | 163,119.52 | 163,126.71 | |
| | | | **Subtotal** | | **7.19** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7.19** | **$0.00** | |

{} Asset reference(s)

Printed: 06/01/2010 04:28 PM    V.12.08

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-20525  
**Case Name:** COLLINS, MICHAEL R  
**Taxpayer ID #:** \*\*-\*\*\*6234  
**Period Ending:** 06/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/10 | | From Account #9200\*\*\*\*\*\*4265 | Close account and transfer for final distributions | 9999-000 | 163,126.71 | | 163,126.71 |
| 04/30/10 | 10103 | Illinois Department of Revenue | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 4210-000 | | 1,808.00 | 161,318.71 |
| 04/30/10 | 10104 | Merrick Bank | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7100-000 | | 1,621.24 | 159,697.47 |
| 04/30/10 | 10105 | Illinois Department of Revenue | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7100-000 | | 1,067.00 | 158,630.47 |
| 04/30/10 | 10106 | Silver Cross Hospital | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7100-000 | | 2,000.18 | 156,630.29 |
| 04/30/10 | 10107 | Painters District Council No. 30 Pension Fund | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7100-000 | | 18,572.71 | 138,057.58 |
| 04/30/10 | 10108 | Merrick Bank | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7990-000 | | 148.55 | 137,909.03 |
| 04/30/10 | 10109 | Silver Cross Hospital | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7990-000 | | 183.27 | 137,725.76 |
| 04/30/10 | 10110 | Painters District Council No. 30 Pension Fund | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7990-000 | | 1,701.78 | 136,023.98 |
| 04/30/10 | 10111 | Illinois Department of Revenue | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7990-000 | | 165.66 | 135,858.32 |
| 04/30/10 | 10112 | Illinois Department of Revenue | First and final dividend (100%) on allowed unsecured non-priority Chapter 7 claim(s) plus interest | 7990-000 | | 97.77 | 135,760.55 |
| 04/30/10 | 10113 | MICHAEL R. COLLINS | Surplus Funds to Debtor | 8200-000 | | 124,277.80 | 11,482.75 |
| 04/30/10 | 10114 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 11,315.10 | 167.65 |
| | | | Dividend paid 100.00%   11,278.62 on $11,278.62;  Claim# A; Filed: $11,278.62 | 2100-000 | | | 167.65 |

Subtotals :   $163,126.71   $162,959.06

{} Asset reference(s)

Printed: 06/01/2010 04:28 PM   V.12.08

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 07-20525  
**Case Name:** COLLINS, MICHAEL R  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  

**Taxpayer ID #:** **-***6234  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Period Ending:** 06/01/10  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Dividend paid 100.00%   36.48 on $36.48;  Claim# B; Filed: $36.48 | 2200-000 |  |  | 167.65 |
| 04/30/10 | 10115 | MICHAEL R. COLLINS | Accrued Interest on Surplus to Debtor | 8200-002 |  | 167.65 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 163,126.71 | 163,126.71 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 163,126.71 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 163,126.71 |  |
|  |  |  | Less: Payments to Debtors |  |  | 124,445.45 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $38,681.26 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****42-65** | 300,010.65 | 0.00 | 0.00 |
| **Checking # ***-*****42-66** | 0.00 | 121,891.13 | 0.00 |
| **MMA # ***-*****42-67** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******42-65** | 7.19 | 0.00 | 0.00 |
| **Checking # 9200-******42-66** | 0.00 | 38,681.26 | 0.00 |
|  | $300,017.84 | $160,572.39 | $0.00 |